# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nicholas Hanhan ) | **DEFAULT JUDGMENT** |
| ) | |
| Plaintiff ) | CV-13-795-PHX-ROS |
| ) | |
| v. ) | |
| ) | |
| Credit Management Solutions, LLC, et al., ) | |
| ) | |
| Defendants ) | |

Pursuant to the Court's order filed this date, judgment is hereby entered in favor of Plaintiff and against Defendant, Credit Management Solutions, LLC in the amount of $26,000.

JUDGMENT ENTERED this 9th day of September, 2013.

<u>BRIAN D. KARTH</u>
District Court Executive/Clerk

<u>s/T. Johnson</u>
By: Deputy Clerk

cc: (all counsel)